AO 91 (Rev. 11/11)   Criminal Complaint

E-FILED
Friday, 03 November, 2017 10:25:15 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>JOSHUA E. LANGE<br><br>*Defendant(s)* | Case No.<br>17-MJ- 7185 |

FILED
NOV - 3 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  9/27/2015-8/25/2017  in the county of  Champaign  in the  Central  District of  Illinois , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§2251(a), (e) | Sexual exploitation of minor children |
| 18 U.S.C. §§2252(A)(a)(5)(b), (b)(2) | Knowingly possessing visual depictions of minors engaged in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Anthony Manganaro, which is attached hereto and sepcifically incorporated herein by reference.

☑ Continued on the attached sheet.

s/Anthony Manganaro

*Complainant's signature*

Anthony Manganaro, FBI Special Agent
*Printed name and title*

s/Eric Long

Sworn to before me and signed in my presence.

Date: 11/03/2017

*Judge's signature*

City and state: Urbana, IL

Eric I. Long, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Anthony M. Manganaro, Special Agent (SA) of the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. I have been employed as an SA with the FBI since August 2010, and am currently assigned to the Springfield Child Exploitation Task Force out of the Champaign, Illinois office of the Springfield, Illinois FBI Division. As part of my daily duties as an FBI SA, I investigate criminal violations pertaining to child exploitation and child pornography, including violations under Title 18, United States Code, §§ 2251, 2252, 2252A, 2423(b), and 2423(c). I have received training in the area of child pornography, child exploitation, and child sex tourism, and have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 U.S.C. § 2256), in various forms of media including computer media. Prior to employment with the FBI, I was employed with the Tulsa Police Department, a portion of which time I was assigned to the crimes against children detective unit, and participated as an FBI Task Force Officer on the Innocent Images National Initiative. In that capacity, I investigated criminal violations relating to child exploitation, child sexual and physical abuse, and child deaths. Within the aforementioned law enforcement capacities, I have participated in the execution of numerous search warrants that involved child exploitation and/or child

1

pornography offenses, and have been the affiant on numerous search and arrest warrants pertaining to allegations of child sexual and physical abuse, and child homicide.

2.  I am an investigative and law enforcement officer of the United States, who is empowered by law to conduct investigations of and to make arrests for the offense(s) enumerated in the sexual exploitation of children, Title 18 of the U.S.C., as amended. As an FBI SA, I am authorized to execute warrants issued under the authority of the United States.

3.  This affidavit is made in support of an arrest warrant and criminal complaint charging JOSHUA E. LANGE, a 39 year old male, (hereinafter referred to as "LANGE") with the sexual exploitation of minor children in violation of Title 18 U.S.C. §§ 2251(a) and (e), and knowingly possessing visual depictions of minors engaged in sexually explicit conduct in violation of Title 18 U.S.C. §§ 2252A(a)(5)(b) and (b)(2).

4.  The statements in this affidavit are based upon my training and experience, the training and experience of other law enforcement officers with whom I have had discussions, and my investigation of this matter. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all of my knowledge on this matter.

## RELEVANT STATUTES

5.  As noted above, this investigation concerns alleged violations of the following:

2

a. Title 18 U.S.C. §§ 2251(a) and (e) prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or who has a minor assist any other person to engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

b. Title 18 U.S.C §§ 2252A(a)(5)(b) and (b)(2) prohibits a person from knowingly possessing any child pornography or any material that contains child pornography, as defined in 18 U.S.C. § 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

## PROBABLE CAUSE

6. On or about August 14, 2017, law enforcement officers with the Champaign Police Department (CPD) initiated an investigation into allegations of criminal sexual abuse involving a minor in violation of 720, Illinois Criminal Statutes (ILCS) 5/11-1.60(d). CPD identified LANGE as the alleged perpetrated of this abuse.

7. Through the course of investigative activities, law enforcement officers with the CPD and the Champaign County Sheriff's Office (CCSO) met and spoke with

3

several minor female children, including Minor Victim1, a 14 year old, Minor Victim2, and Minor Victim3[1], both 12 years old. LANGE had frequent access to these three minor females and other identified minor children.

8. On August 17, 2017, Minor Victim1 was interviewed at the Champaign County Child Advocacy Center. During this interview, Minor Victim1 disclosed having had sexual contact with LANGE, including LANGE anally penetrating Minor Victim1.

9. On August 21, 2017, L.L., LANGE's spouse, contacted CPD to discuss electronic devices belonging to LANGE. L.L. identified and relinquished to CPD a cellular telephone utilized by LANGE, further described as a black Motorola cellular telephone with a broken screen and hereinafter referred to as "Lange_Device1". Lange_Device1 was not passcode protected.

10. On August 25, 2017, LANGE was arrested by CPD for state violations enumerated above regarding the sexual abuse of Minor Victim1. At the time of his arrest, LANGE had a white LG cellular telephone on his person, hereinafter referred to as "Lange_Device2". Lange_Device2 was not passcode protected.

---

[1] Law enforcement has identified these minor victims. As child victims, they have the right to privacy and confidentiality, therefore their names have not been used in this document pursuant to 18 U.S.C. §3509(d). Minor Victim1 was born in 2003; Minor Victim2 and Minor Victim3 were born in 2005.

4

11.     On September 8, 2017, Sixth Judicial District Circuit Judge Roger Webber authorized a search warrant for the examination of Lange_Device1 and Lange_Device2 for evidence in connection with the sexual abuse of Minor Victim1. A subsequent initial examination of these devices was conducted by CPD Detective Patrick Simons.

12.     During the initial examination of Lange_Device2, child pornography images were located in the file path data/Root/media/0/DCIM/.thumbnails/. Detective Patrick Simons observed three image files with females aged six to ten years old, each with an adult penis in their mouth.

13.     Detective Simons recognized one such image depicting a female girl approximately ten years old with an adult penis in her mouth. The girl's hair is being held in a manner to force her mouth to the penis. This image is part of a set of images known to Detective Patrick Simons to contain images of sadism and masochism as well as bestiality.

14.     The examination was stopped until a warrant was obtained to expand the scope of the search for child pornography.

15.     On September 25, 2017, CPD Detective Ben Newell obtained a second search warrant in the State of Illinois, Sixth Judicial District, before Judge Webber authorizing the expanded examination of Lange_Device1 and Lange_Device2, specifically searching for child exploitation materials. The examination of Lange_Device1 and Lange_Device2 was resumed by Detective Simons.

16. Continued examination of Lange_Device1 revealed images depicting an erect penis near the mouth of sleeping females. Detective Newell identified one of the sleeping females as Minor Victim2. The images were located in the file path data/Root/media/0/DCIM/.thumbnails.

17. Items in the images, such as furnishings and carpeting, were consistent with furnishings and carpeting from a basement as compared to other images on Lange_Device1 which were taken on other occasions. The following images were observed on Lange_Device1:

   a. 1485067897097.jpg - An erect adult penis near the mouth of Minor Victim3 while she appears to be sleeping 1/22/2017 01:51(UTC-5);

   b. 1481438164379.jpg - An erect adult penis near the mouth of Minor Victim2 while she appears to be sleeping 12/11/2016 01:36(UTC-5);

   c. 48bd1da853647a51426d5e5ea8596091.jpeg - A selfie image of Minor Victim2 with her nude breasts exposed 11/19/2016 23:54(UTC-5); and

   d. 20150927_015050.jpg - An image of an erect penis being grasped by a youthful appearing hand. The image has metadata to suggest it was taken with a Samsung SM-N920V (Note 5 Smartphone) on 9/27/2015 01:50(UTC-0).

18. Detective Simons conducted a forensic examination of Lange_Device2, on which images depicting juvenile prepubescent females engaged in sexual acts were located. The following images were located on Lange_Device2:

   a. Seven images depicting the sexual penetration of prepubescent females, in the file path data/Root/data/com.android.chrome/cache/Cache/;

   b. Fourteen images depicting the sexual penetration of prepubescent females, in the file path data/Root/media/0/DCIM/.thumbnails/; and

   c. Twelve images depicting the sexual penetration of prepubescent females, in the file path data/Root/media/0/Download/.

19. On October 3, 2017, law enforcement officers with the CPD and the CCSO obtained consent from home owner L.L. to conduct a search of LANGE's residence at the 300 block of Windstone Dr. in Tolono, Illinois. L.L. told Investigator Dwayne Roelfs that LANGE had left the residence over two weeks prior and had not returned. L.L. is still married to LANGE. In addition to other electronic items, L.L. provided two smart phones that she located in a vehicle owned by she and LANGE. L.L. conveyed that LANGE does not passcode protect any of his devices. The first device was a LG VS500 smart phone, hereinafter referred to as "Lange_Device3". The second device was a Samsung Galaxy Note 5, hereinafter referred to as "Lange_Device4". Both devices had damaged screens.

7

L.L. provided verbal consent to Investigator Dwayne Roelfs, to allow the examination of the devices as needed.

20. While at LANGE's residence, investigators recognized the carpeting and furnishings in the basement of the residence appearing similar to the carpeting, furnishings, and background in the images located on LANGE's devices.

21. On October 12, 2017, Detective Simons began the examination of Lange_Device3. The screen on Lange_Device3 was damaged to the point of inoperability, therefore it could not be determined if it was passcode protected, however, a forensic examination was effectively conducted. Lange_Device3 contained the following images:

   a. 1467440702239.jpg - An erect adult penis near an unknown minor female's mouth while she appears to be sleeping 07/02/2016 01:25(UTC-5);

   b. 1468060709998.jpg - An erect adult penis near the mouth of Minor Victim2 while she appears to be sleeping 07/09/2016 05:38(UTC-5); and

   c. 1471675272790.jpg - An erect adult penis against the mouth of Minor Victim2 while she appears to be sleeping 08/20/2016 01:41(UTC-5).

22. Lange_Device4 has not been examined due to damage, but matches the manufacturer and model number (Samsung SM-N920V Note 5 Smartphone) of the image

recovered from Lange_Device1. Initial forensic testing has indicated Lange_Device4 is not password protected.

FURTHER YOUR AFFIANT SAYETH NOT.

s/Anthony Manganaro

Anthony M. Manganaro
Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence on the __3d__ day of November, 2017, Urbana, Illinois.

s/Eric Long

ERIC I. LONG
United States Magistrate Judge

9