CJA 23
(Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*
IN THE CASE OF
_____ v. _____
FOR
AT

**FILED**
NOV - 3 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

LOCATION NUMBER: _____

PERSON REPRESENTED *(Show your full name)*: Joshua Lange

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: 17-7185
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE *(describe if applicable & check box →)*
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment? _____
How much did you earn per month? $ _____
If married, is your spouse employed? ☐ Yes ☒ No
IF YES, how much does your spouse earn per month? $ 0
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**INCOME & ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, give the amount received and identify the sources
RECEIVED: $ 1,700
SOURCES: Flex N gate

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, total amount? $ 60.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
IF YES, give value and description for each
VALUE: $ 173,900 — DESCRIPTION: House
$ 20,000 — Car GMC Acadia

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ Single
☒ Married
☐ Widowed
☒ Separated or Divorced
Total No. of Dependents: _____
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*
DESCRIPTION: Credit cards — TOTAL DEBT: $ 6000 — MONTHLY PAYMENT: $ 250.00

I certify under penalty of perjury that the foregoing is true and correct.
s/Joshua Lange
SIGNATURE OF DEFENDANT
*(OR PERSON REPRESENTED)*
Date: 11/03/17